# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

**MELVALYNN R. SAM**

**NOTICE**

CASE NUMBER:    CR-03-00002

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2005
MARY L.M. MORAN
CLERK OF COURT

TYPE OF PROCEEDING

**CONTINUED ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| Place | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 | Wednesday, August 24, 2005 at 9:30 a.m. | Wednesday, September 28, 2005 at 2:30 p.m. |

MARY L. M. MORAN
CLERK OF COURT

August 18, 2005
DATE

(BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Howard Trapp
        U.S. Probation Office
        U.S. Marshal Service

**ORIGINAL**