DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
VIOLATION OF SUPERVISED RELEASE CONDITIONS

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-03-00002           DATE: September 28, 2005

HON. LLOYD D. GEORGE, Desiganted Judge, Presiding
Court Reporter: Wanda Miles
Electronically Recorded - RUN TIME: 3:00:55 - 3:10:13

Law Clerk: NONE PRESENT
Courtroom Deputy: Leilani Toves Hernandez
CSO: B. Benavente / J. Lizama

*************************APPEARANCES*****************************

DEFT: **MELVALYNN R. SAM**
( X ) PRESENT   ( ) CUSTODY   ( ) BOND   ( X ) P.R.

ATTY: **HOWARD TRAPP**
( X ) PRESENT   ( X ) RETAINED   ( ) FPD   ( ) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND                AGENT:

U.S. PROBATION: ROBERT CARREON            U.S. MARSHAL: W. GRAY

PROCEEDINGS:   SHOW CAUSE HEARING ON VIOLATION OF SUPERVISED RELEASE CONDITIONS

( ) ALLEGATIONS STATED BY THE COURT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE ALLEGATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS:

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF SUPERVISED RELEASE
( ) REVOCATION OF SUPERVISED RELEASE IS GRANTED. (SEE REVERSE)

( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED
( X ) CONDITIONS MODIFIED OR CONTINUED
( ) PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT SHALL BE ALLOWED TO SELF-SURRENDER TO THE U.S. MARSHAL SERVICE PENDING DESIGNATION FROM THE U.S. BUREAU OF PRISONS.
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

( X ) NOTES:
The Court stated that the Probation Officer has withdrawn their petition, however, the Court warned the defendant to comply with her conditions of release.

The Probation Officer advised the Court that the defendant has been employed since last Thursday and has agreed to their request to the Court to have her conditions modified to include a monthly payment of $200.00 towards her restitution obligation.
The Court Ordered the defendant make her monthly payment of $200.00.

Courtroom Deputy: _____