# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Melvalynn R. Sam, <br><br> Defendant. | Case No. 1:03-cr-00002 <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Second Amended Judgment and Notice of Entry filed October 7, 2005*, on the dates indicated below:

| U.S. Attorney's Office | Howard Trapp | U.S. Probation Office | U.S. Marshal Service |
|---|---|---|---|
| October 11, 2005 | October 11, 2005 | October 11, 2005 *(Judgment Only)* | October 11, 2005 *(Judgment Only)* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Second Amended Judgment and Notice of Entry filed October 7, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 11, 2005                         /s/ Marilyn B. Alcon
                                                                Deputy Clerk