PROB 12B
(7/93)

*United States District Court*

FILED
DISTRICT COURT OF GUAM
JAN 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Melvalynn Rivera Sam**         Case Number: **CR 03-00002-001**

Name of Sentencing Judicial Officer:    John S. Unpingco

Date of Original Sentence:    April 17, 2003

Original Offense:  Theft, Embezzlement and Misapplication of Bank Funds of a Bank Employee, in violation of 18 U.S.C. §656

Original Sentence:  Three months imprisonment followed by three years supervised release with conditions that she participate in substance abuse treatment and testing, refrain from the use of alcohol, provide the probation officer access to all financial information, not incur any new debts or lines of credit without the authorization of the probation officer, notify her employer of her conviction in the instant offense and allow the probation officer to make verification of such notification, pay $21,669.91 restitution and $100 special assessment fee, obtain and maintain gainful employment, and perform 200 hours of community service. **Informational Violation Report** filed January 20, 2004 for noncompliance. **Conditions modified** on April 5, 2004, to include a condition to perform an additional 100 hours of community service in addition to the 200 hours originally ordered. **Informational Violation Report** filed June 18, 2004 for noncompliance. **Revocation Petition** filed January 18, 2005 for continued noncompliance. After continuance to September 28, 2005, the Court modified conditions to include a $200 monthly restitution payment.

Type of Supervision:   Supervised Release         Date Supervision Commenced: July 18, 2003

---

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. The defendant shall serve four days of intermittent confinement, pursuant to 18 U.S.C. §§ 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

ORIGINAL

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender
page 2

## CAUSE

Melvalynn Rivera Sam failed to report for drug testing on September 29, 2005. She called the probation officer on that date to notify of a work schedule conflict. She was given an alternate time to report, but failed to make the rescheduled appointment. Ms. Sam failed to report for urinalysis on October 8, 2005. She called the following day to report that she was tired from work and could not attend. She was instructed to report immediately for the required post noncompliance drug test, but failed to report as instructed. Ms. Sam failed to report for urinalysis on December 20, 2005 and a drug treatment counseling appointment on December 30, 2005. She stated she forgot about the appointment on December 30, 2005, and had transportation problems for the appointment on December 20, 2005. She failed to report for the requisite compliance meetings on December 21, 2005 and January 3, 2006. For her continued noncompliance, Ms. Sam executed a waiver of hearing and representation form (see attached Probation Form 49) and agreed to a modification of her supervision conditions to include an order that she serve a total of four days of intermittent confinement at the direction of the U.S. Probation Office and the U.S. Marshal Service.

Ms. Sam paid the $100 special assessment fee on April 17, 2003. She also completed the 300 hours of community service on October 29, 2005. Ms. Sam paid $850 towards her restitution of which a balance of $21,069.91 remains. She is presently employed with Advance Management as a Floor Care Technician. Except as otherwise reported above, Ms. Sam has complied with her conditions of supervision and has been forthcoming with all requests made by this Officer.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2). Ms. Sam's progress will be carefully monitored and any continued violations will be reported to the Court accordingly.

Reviewed by:

*[signature]*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date: 1/12/06

Respectfully submitted,

by: *[signature]*
ROBERT I. CARREON
U.S. Probation Officer

Date: 1/12/06

### THE COURT ORDERS

- [ ] No Action
- [ ] The Extension of Supervision as Noted Above.
- [x] The Modification of Conditions as Noted Above.
- [ ] Other    The issuance of a Summons or a Warrant (circle one)

*[signature]*
Signature of Judicial Officer
DONALD W. MOLLOY, Designated Judge

January 13, 2006
Date

**RECEIVED**
JAN 13 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PROB 49
(3/89)

<em>United States District Court</em>

for

*District of Guam*

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I agree to the modification of my supervised release conditions to include the following conditions:

1. The defendant shall serve four days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: ____Robert I. Carreon____  Signed: ____Melvalynn Rivera Sam____
U.S. Probation Officer                                Probationer or Supervised Releasee

____01/04/06____
Date