PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

___*District of Guam*___

FILED
DISTRICT COURT OF GUAM
JUL 2 0 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 03-00002-001 |
| MELVALYNN RIVERA SAM | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **July 17, 2006,** I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
ROBERT I. CARREON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Jeffrey J. Strand, AUSA
    Howard D. Trapp, Defense Counsel
    File

RECEIVED
JUL 19 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 20th day of July, 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam