ORIGINAL

SAM_M.stpgar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

MAR - 6 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00002 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION FOR A** |
| | ) | **WRIT OF CONTINUING** |
| MELVALYNN RIVERA SAM, | ) | **GARNISHMENT** |
| Defendant, | ) | |
| | ) | |
| ADVANCE MANAGEMENT, INC., | ) | |
| Garnishee. | ) | |

WHEREAS Defendant, MELVALYNN RIVERA SAM, Dededo, Guam 96929, Social

Security Number XXX-XX-4294, has requested that wages paid to the judgment defendant, in

the amount of $100.00 per pay period, be made payable to the Clerk, U.S. District of Guam for

payment toward her restitution that is due and owing;

//

//

1    Plaintiff, UNITED STATES OF AMERICA, and Defendant, MELVALYNN RIVERA

2 SAM, hereby jointly move the Court for an order of a writ of continuing garnishment on the

3 wages paid to the judgment defendant, in the amount of $100.00 per pay period, until her

4 restitution obligation is paid in full.

5    The parties further agree that this garnishment may thereafter be further modified and

6 amended upon stipulation of the parties; or, should the parties fail to agree upon the terms of a

7 new writ of continuing garnishment, the Court may, after motion by plaintiff, issue a Final Order

8 for Continuing Garnishment.

Dated: 03/06/07

MELVALYNN RIVERA SAM
Defendant


LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


Dated: 3/6/07              By:

MARIVIC P. DAVID
Assistant U.S. Attorney