**SAM_M.garwrit**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00002 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF CONTINUING** |
| MELVALYNN RIVERA SAM, | ) | **GARNISHMENT** |
| Defendant, | ) | |
| ADVANCE MANAGEMENT, INC., | ) | |
| Garnishee. | ) | |

    Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Continuing Garnishment on Defendant, MELVALYNN RIVERA SAM's wages in the amount of $100.00 per pay period;

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on wages in the amount of $100.00 per pay period, of MELVALYNN RIVERA SAM, Social Security Number XXX-XX-4294, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT OF GUAM**

and mailed to:

> U.S. District Court of Guam
> 4th Floor, U.S. Courthouse
> 520 West Soledad Avenue
> Hagåtña, Guam 96910

with a reference to court number **CR 03-00002** to ensure her account is properly credited.

DATED this 12th day of March, 2007.

**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**