ORIGINAL

1  SAM_M.svc

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 14 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MELVALYNN RIVERA SAM, | ) | **CERTIFICATE OF SERVICE** |
| Defendant, | ) | |
| ADVANCE MANAGEMENT, INC., | ) | |
| Garnishee. | ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the **Stipulated Motion for Writ of Continuing Garnishment** and an electronically filed copy of the **Writ of Continuing Garnishment** were sent to the defendant and garnishee by mail on March 13, 2007.

MICHELLE PEREZ