**SAM_M.aacg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00002 |
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| MELVALYNN RIVERA SAM, | ) | |
| Defendant. | ) | |

To:  Advance Management Inc.
     Attn.: Payroll
     P.O. Box 8881
     Tamuning, Guam 96931

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

//

//

//

//

Pursuant to the Writ of Continuing Garnishment issued on or about March 12, 2006, $2,300.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 18th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Jessica F. Cruz
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU                                                                                              Report Date: 03/17/2008

**PAYMENTS**

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|
| 2003B04943/001 | Sam, Melvalynn Rivera | 6B | CR-03-00002 | 04 | $100.00 Scheduled Payment Date 03/21/2008 | $18,111.48 |

For Report Parameters: 2003B04943 ,001 ,989454

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From Nbr | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | 05/04/2004 | CL | A | 0024398 | | | | 05/18/2004 | $150.00 |
| 0007 | PMNT | 07/20/2004 | CL | A | 0024847 | | | | 07/27/2004 | $100.00 |
| 0009 | PMNT | 10/27/2005 | CL | A | 0027414 | | | | 11/02/2005 | $200.00 |
| 0010 | PMNT | 11/28/2005 | CL | A | 0027604 | | | | 12/07/2005 | $160.00 |
| 0011 | PMNT | 12/05/2005 | CL | A | 0027646 | | CASH | | 12/12/2005 | $40.00 |
| 0012 | PMNT | 12/19/2005 | CL | A | 0027743 | | CASH | | 12/27/2005 | $200.00 |
| 0013 | PMNT | 01/31/2006 | CL | A | 0027998 | | CASH | | 02/06/2006 | $200.00 |
| 0014 | PMNT | 03/06/2006 | CL | A | 0028178 | | CASH | | 03/06/2006 | $200.00 |
| 0015 | PMNT | 03/27/2006 | CL | A | 0028338 | | CASH | | 04/04/2006 | $200.00 |
| 0016 | PMNT | 05/01/2006 | CL | A | 0028498 | | CASH | | 05/11/2006 | $200.00 |
| 0017 | PMNT | 06/05/2006 | CL | A | 0028673 | | CASH | | 06/12/2006 | $200.00 |
| 0018 | PMNT | 07/05/2006 | CL | A | 028895 | | CASH | | 07/10/2006 | $200.00 |
| 0019 | PMNT | 07/13/2006 | CL | A | 0028971 | | 210 | | 07/26/2006 | $400.00 |
| 0020 | PMNT | 08/31/2006 | CL | A | 0029782 | | CASH | | 09/07/2006 | $200.00 |
| 0022 | PMNT | 04/12/2007 | GC | H | 0031293 | | 037539 | | 04/16/2007 | $100.00 |
| 0023 | PMNT | 04/27/2007 | GC | H | 0031355 | | 037850 | | 04/30/2007 | $100.00 |
| 0024 | PMNT | 05/10/2007 | GC | H | 0031445 | | | | 05/14/2007 | $100.00 |
| 0025 | PMNT | 05/23/2007 | GC | H | 0031526 | | 0038497 | | 05/30/2007 | $100.00 |
| 0026 | PMNT | 06/11/2007 | GC | H | 0031625 | | 038815 | | 06/20/2007 | $100.00 |
| 0027 | PMNT | 06/18/2007 | GC | H | 0031674 | | 039145 | | 06/25/2007 | $100.00 |
| 0028 | PMNT | 08/02/2007 | GC | H | 0032189 | | 040081 | | 08/06/2007 | $100.00 |
| 0029 | PMNT | 08/15/2007 | GC | H | 0032517 | | 040326 | | 08/20/2007 | $100.00 |
| 0030 | PMNT | 08/29/2007 | GC | H | 0032717 | | 040609 | | 08/31/2007 | $100.00 |
| 0031 | PMNT | 09/12/2007 | GC | H | 0032853 | | 040866 | | 09/17/2007 | $100.00 |
| 0032 | PMNT | 09/26/2007 | GC | H | 0032948 | | 041185 | | 09/28/2007 | $100.00 |
| 000035 | PMNT | 10/16/2007 | GC | H | 0033073 | | 041463 | | 10/22/2007 | $100.00 |
| 000037 | PMNT | 10/31/2007 | GC | H | 0033195 | | 041762 | | 11/05/2007 | $100.00 |
| 000039 | PMNT | 11/07/2007 | GC | H | 0033241 | | 042093 | | 11/13/2007 | $100.00 |



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU                                                              Report Date: 03/17/2008

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|
| 2003B04943/001 | Sam, Melvalynn Rivera | 6B | CR-03-00002 | 04 | $100.00 | $18,111.48 |

For Report Parameters: 2003B04943 ,001  ,989454         Scheduled Payment Date: $100.00

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000041 | PMNT | 11/21/2007 | GC | H | 0033336 | | 042370 | | 11/26/2007 | $100.00 |
| 000043 | PMNT | 12/07/2007 | GC | H | 0033428 | | 042650 | | 12/10/2007 | $100.00 |
| 000045 | PMNT | 12/18/2007 | GC | H | 0033485 | | 042953 | | 12/27/2007 | $100.00 |
| 000047 | PMNT | 01/04/2008 | GC | H | 0033594 | | 043253 | | 01/07/2008 | $100.00 |
| 000049 | PMNT | 01/16/2008 | GC | H | 0033716 | | 043512 | | 01/23/2008 | $100.00 |
| 000051 | PMNT | 02/01/2008 | GC | H | 0033871 | | 043824 | | 02/04/2008 | $100.00 |
| 000053 | PMNT | 02/12/2008 | GC | H | GUX000009 | | | | 02/18/2008 | $100.00 |
| 000055 | PMNT | 02/28/2008 | GC | H | GUX000119 | | | | 03/12/2008 | $100.00 |
| 000057 | PMNT | 03/12/2008 | GC | H | GUX000233 | | | | 03/14/2008 | $100.00 |
| Total | | | | | | | | | | $4,950.00 |