**SAM_M.svc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00002 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| MELVALYNN RIVERA SAM, | ) | |
| Defendant, | ) | |
| ADVANCE MANAGEMENT, INC. | ) | |
| Garnishee. | ) | |

    I hereby certify that on **March 18, 2008**, I electronically filed the **Annual Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was sent to Defendant and garnishee by mail on **March 19, 2008**.

    DATED this 21st day of March, 2008.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

                            By: /s/ Jessica F. Cruz
                                    JESSICA F. CRUZ
                                    Assistant U.S. Attorney
                                    Jessica.F.Cruz@usdoj.gov
                                    MIKEL W. SCHWAB
                                    Assistant U.S. Attorney
                                    mikel.schwab@usdoj.gov